UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA ELENA HERNANDEZ MEDINA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CONNIE NOLAN, et al.,<br><br>　　　　　　Defendant. | CASE NO. **2:23-cv-00538-JHC**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　　Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**.  Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

　　　The Clerk is directed to send a copy of this Order to plaintiff.

　　　DATED this 11th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge