District Judge John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA ELENA HERNANDEZ MEDINA, <br><br> Plaintiff, <br><br> v. <br><br> CONNIE NOLAN, *et al.*, <br><br> Defendants. | No. 2:23-cv-538-JHC <br><br> STIPULATED MOTION TO CONTINUE ANSWER DEADLINE AND ORDER <br><br> Noted for Consideration on: <br> June 8, 2023 |

Plaintiff and Defendants, through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, jointly stipulate and move for a thirty-day extension of the deadline for Defendants to respond to the Complaint and file the certified administrative record. Plaintiff brings this case pursuant to the Administrative Procedure Act ("APA") and Mandamus Act seeking an order compelling the Government to complete processing of adjudicate Plaintiff's Form I-601, Application for Waiver of Grounds of Inadmissibility. The response to the Complaint is currently due on or before June 12, 2023.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

STIPULATED MOTION TO CONTINUE
ANSWER DEADLINE                    - 1
(23-cv-538-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties submit there is good cause for an extension of the answer deadline. Defendants contend that this case should be reviewed on the administrative record and is exempt from the initial disclosure requirements of Federal Rule of Civil Procedure 26. LCR 79(h) requires Defendants to file the administrative record with the answer. The United States Citizenship and Immigration Services ("USCIS") is currently assembling the administrative record but needs additional time due to technical issues. USCIS believes that 30 days will allow it to complete assembly of the certified administrative record. This is the first request for an extension of a deadline in this case.

Accordingly, the parties jointly stipulate and propose that Defendants' respond to the Complaint and file the Certified Administrative Record on or before July 12, 2023.

Dated: June 7, 2023

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

 s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

**I certify that this memorandum contains 265 words, in compliance with the Local Civil Rules.**

s/Katherine H. Rich
KATHERINE H. RICH, WSBA#46881
Rich Immigration PC
1207 N. 200th Street, Suite 214b
Shoreline, Washington 98133

STIPULATED MOTION TO CONTINUE
ANSWER DEADLINE   - 2
(23-cv-538-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Phone: 206-853-4073
Email: katherine@richimmigration.com
*Attorney for Plaintiff*

STIPULATED MOTION TO CONTINUE
ANSWER DEADLINE    - 3
(23-cv-538-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. Defendants shall file the response to the Complaint and the certified administrative record on or before July 12, 2023.

DATED this 8th day of June, 2023.

_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION TO CONTINUE
ANSWER DEADLINE - 4
(23-cv-538-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970