UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA ELENA HERNANDEZ MEDINA,<br><br>Plaintiff,<br><br>v.<br><br>CONNIE NOLAN, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-538-JHC<br><br>ORDER RE: DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |

This matter comes before the Court on Defendants' Motion for Judgment on the Pleadings. Dkt. # 10. The Motion was noted for August 4, 2023. *Id.* Under LCR 7, Plaintiff's opposition to the motion was due by July 31. Plaintiff acknowledged this deadline in the parties' Joint Status Report. Dkt. # 12. Plaintiff did not file an opposition. *See generally* Dkt. The Court considers the failure to file an opposition as an admission that the motion has merit. *See* LCR 7(b)(2). Accordingly, because the motion is on the pleadings, the Court GRANTS the motion in part and DISMISSES this matter without prejudice.

/

/

/

ORDER RE: DEFENDANTS' MOTION FOR JUDGMENT ON
THE PLEADINGS
[2:23-cv-538-JHC]                    - 1

Dated this 17th day of August, 2023.

*John H. Chun*
JOHN H. CHUN
United States District Judge